1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiff
   Wang Yi Chao
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 **Wang Yi Chao**                        ) Case No. C 17-1562 PVT
                                            )
12          Plaintiff,                      )
                                            )
13      v.                                  )
                                            ) ORDER ON
14 **Alberto Gonzales**, United States Attorney ) **PARTIES' JOINT REQUEST TO BE**
   General, U.S. Department of Justice;    ) **EXEMPT FROM NORMAL ADR**
15 **Michael Chertoff**, Secretary of the   ) **PROCESS**
16 Department of Homeland Security;         )
   **Emilio T. Gonzalez**, Director of United States )
17 Citizenship and Immigration Services;   )
   **Andrea Quarantillo**, Newark District  )
18 Director, United States Citizenship and  )
19 Immigration Services                     )
   **Robert S. Mueller III**, Director of the Federal )
20 Bureau of Investigation                  )
                                            )
21                                          )
            Defendants                      )
22                                          )
   _____  )
23

24    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

25 Resolution Procedures in the Northern District of California," or the specified portions of the

26 ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute

27 resolution options provided by the court and private entities, and considered whether this case

28 might benefit from any of them.  Here, the parties agree that referral to a formal ADR process

Case No. C 07-1562 PVT                    1
Parties Joint Request for Exemption from ADR

1  will not be beneficial because this mandamus action is limited to Plaintiff's request that this
2  Court compel defendants to adjudicate the application for adjustment of status.  Given the
3  substance of the action and the lack of any potential middle ground, ADR will only serve to
4  multiply the proceedings and unnecessarily tax court resources.  Accordingly, pursuant to ADR
5  L.R. 3-3(c), the parties respectfully request the case be removed from the ADR Multi-Option
6  Program and that they be excused from participating in the ADR phone conference and any
7  further formal ADR process.

Respectfully submitted,

Dated: June 5, 2007

_____/s/_____
JUSTIN FOK
Attorney for Plaintiff

Dated: June 5, 2007

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   6/6/07

Patricia V. Trumbull
United States Chief Magistrate Judge

Case No. C 07-1562 PVT                        2
Parties Joint Request for Exemption from ADR