|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| WANG YI CHAO, | ) | Case No.: C- 07-1562    PVT |
|---|---|---|
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | **AND CASE MANAGEMENT ORDER** |
| ALBERTO GONZALES et al., | ) ) |  |
| Defendants. | ) ) |  |
| _____ | ) |  |

On June 19, 2007, the parties filed a Joint Case Management Conference Statement. Based on the parties' Joint Case Management Statement,

IT IS HEREBY ORDERED that the June 26, 2007 Case Management Conference date is continued to September 25, 2007 at 2:00 p.m.

IT IS FURTHER ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the following modifications are made to the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure: the parties are exempted from the initial disclosure requirements of Rule 26 and shall not take any discovery

1  absent stipulation of all parties or court order.

2      IT IS FURTHER ORDERED that the parties are excused from any court ordered ADR
3  process at this time.

4      IT IS FURTHER ORDERED that the following schedule shall apply to this case:

5  Defendant's Motion for Summary Judgment . . . . . . . . . . . . . . . . . . . . . . . . . July 17, 2007

6  Plaintiff's Opposition and Cross-Motion for Summary Judgment . . . . . . . . July 31, 2007

7  Defendant's Reply and Opposition to Summary Judgment . . . . . . . . . . . . August 7, 2007

8  Summary Judgment Hearing . . . . . . . . . . . . . . . . . . . . . . 10:00 a.m. on August 21, 2007

9  Further Case Management Conference . . . . . . . . . . . . . 2:00 p.m. on September 25, 2007

10

11     IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for
12 Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.
13 1/5/06), a copy of which is available from the clerk of the court,[1] with regard to the timing and
14 content of the Joint Pretrial Statement, and all other pretrial submissions.

15

16 Dated: June   22,   2007

17                                      *Patricia V. Trumbull*
                                     _____
18                                      PATRICIA V. TRUMBULL
                                     United States Magistrate Judge

19

20

21

22

23

24

25

26 _____

27    [1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet
28 for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."