
Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 300
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile: (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiff
Wang Yi Chao

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **Wang Yi Chao**<br><br>Plaintiff,<br><br>v.<br><br>**Alberto Gonzales,** United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; **Andrea Quarantillo,** Newark District Director, United States Citizenship and Immigration Services; **Robert S. Mueller, III**, Director of the Federal Bureau of Investigation:<br><br>Defendants. | Case No. C 07-1562 PVT<br><br>**STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND ~~[PROPOSED]~~ ORDER**<br><br>AS MODIFIED BY THE COURT |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to approval of the Court, to a 14 day extension of the Summary Judgment Hearing date in the above-entitled action. A Summary Judgment Hearing is currently scheduled for August 21, 2007 at 10:00 a.m.; counsel for Plaintiff will be unavailable on this date. The parties request a new Summary Judgment Hearing date of September 18, 2007. The

defendants filed their motion for summary judgment on July 17, 2007. Plaintiff will file her opposition motion on August 21, 2007 with Defendant's reply due on August 28, 2007.

Respectfully Submitted,

Dated: July 31, 2007

/s/

Justin G. Fok
Law Offices of Jean D. Chen
Attorney for Plaintiff

Dated: July 31, 2007

/s/

Melanie L. Proctor
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, AS MODIFIED BY THE COURT IT IS SO ORDERED.

Dated: August 2, 2007

Patricia V. Trumbull
United States Magistrate Judge

Case No. C 07-1562 PVT 2
STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND [PROPOSED] ORDER