1  Justin Fok, Esq., CSB#242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, Suite 300
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiff
   Wang Yi Chao
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11

12  **Wang Yi Chao**                          )  Case No. C 07-1562 PVT
                                              )
13          Plaintiff,                        )
                                              )
14      v.                                    )
                                              )  **STIPULATION TO EXTEND SUMMARY**
15  **Alberto Gonzales,** United States Attorney )  **JUDGMENT HEARING DATE; AND**
    General, U.S. Department of Justice;      )  **[PROPOSED] ORDER**
16  **Michael Chertoff**, Secretary of the    )
    Department of Homeland Security;          )
17  **Emilio T. Gonzalez**, Director of United States )
    Citizenship and Immigration Services;     )
18  **Andrea Quarantillo,** Newark District   )
    Director, United States Citizenship and   )
19  Immigration Services;                     )
    **Robert S. Mueller, III**, Director of the )
20  Federal Bureau of Investigation:          )
                                              )
21                                            )
            Defendants.                       )
22

23

24  Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of

25  record, hereby stipulate, subject to approval of the Court, to a 7 day extension of the Summary

26  Judgment Hearing date in the above-entitled action.  A Summary Judgment Hearing is currently

27  scheduled for September 18, 2007; a CMC for this case is scheduled for September 25, 2007. In

28  the interest of judicial economy and for the convenience of the parties, the parties respectfully

Case No. C 07-1562 PVT                          1
STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND
[PROPOSED] ORDER

1  request a new Summary Judgment Hearing date of September 25, 2007 at 10:00 A.M. with the
2  CMC for this case to be held at that time. The defendants filed their motion for summary
3  judgment on July 17, 2007. Plaintiff will file her opposition and cross motion for summary
4  judgment on September 4, 2007 with Defendant's reply due on September 11, 2007.

Respectfully Submitted,

Dated:  August 14, 2007                                        _____/s/_____
                                                                               Justin G. Fok
                                                                               Law Offices of Jean D. Chen
                                                                               Attorney for Plaintiff

Dated:  August 14, 2007                                        _____/s/_____
                                                                               Melanie L. Proctor
                                                                               Assistant United States Attorney
                                                                               Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 15, 2007                                         _Patricia V. Trumbull_____
                                                                               Patricia V. Trumbull
                                                                               United States Magistrate Judge

Case No. C 07-1562 PVT                           2
STIPULATION TO EXTEND SUMMARY JUDGMENT HEARING DATE; AND
[PROPOSED] ORDER